**Petition for Writ of Mandamus Dismissed, Motion to Stay Dismissed, and Memorandum Opinion filed June 13, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00444-CV

## IN RE ROGERIO ROY CASTILLO, JR., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-225396**

## MEMORANDUM OPINION

On June 3, 2019, relator Rogerio Roy Castillo, Jr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator also filed a motion in this court seeking an emergency stay in connection with his request for mandamus relief.

In the mandamus petition, relator asks this court to compel the Honorable Brenda G. Mullinix, presiding judge of the 387th District Court of Fort Bend County,

to vacate her May 29, 2019 order denying relator's motion for protective order and motion to quash subpoena.

Relator has filed a motion to dismiss this original proceeding because the parties settled the case. Relator's request for relief is now moot. The motion is granted.

Accordingly, we dismiss relator's petition for writ mandamus for lack of jurisdiction. We also dismiss as moot relator's motion for emergency stay.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.